UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF HUMBOLDT,<br><br>　　　　Defendant. | Case No. 24-cv-03845-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 26 |

　　Both parties failed to attend the case management conference on March 12, 2025. Accordingly, each party is **ORDERED TO SHOW CAUSE**, in writing, by March 19, 2025, explaining why they failed to appear at the case management conference. The parties are further **ORDERED** to address whether they would like to be referred to a magistrate judge for settlement purposes and whether there is any specific discovery they would like to do that may facilitate settlement. Failure to comply with this order may result in sanctions.

　　**IT IS SO ORDERED.**

Dated: March 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge